**Order entered September 16, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-01146-CR

---

**JOSEPH WAYNE HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-56295-R**

---

## ORDER

The Court has before it appellant's September 15, 2015 pro se motion for an extension of time to file a response to the *Anders* brief he asserts counsel filed. Appellate counsel filed a brief raising issues on the merits, not an *Anders* brief. Appellant is not entitled to hybrid representation. Accordingly, we **DENY** appellant's pro se motion to file . *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

We **DIRECT** the Clerk to send a copy of this order by first-class mail to Joseph Hunter and by electronic transmission to counsel for all parties.

/s/    ADA BROWN
        JUSTICE